DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**NERMINE HANNA,**
Appellant,

v.

**U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE C-BASS MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-CB6,**
Appellee.

No. 4D19-3065

[October 22, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Cymonie S. Rowe, Judge; L.T. Case No. 20-2008-CA-039022-XXXX-MB.

Brennan Grogan, Esq. of Levine Law Group, North Palm Beach, for appellant.

Kimberly S. Mello and Arda Goker of Greenberg Traurig, P.A., Orlando, for appellee.

PER CURIAM.

*Affirmed.*

Damoorgian, Ciklin, JJ., and FRINK, KEATHAN, Associate Judge, concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***